## Mary Giroux, Appellee, v. Ben Goldman, Appellant.

### Gen. No. 23,151.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. DAVID F. MATCHETT, Judge, presiding.   Heard in the Branch Appellate Court at the March term, 1917.   Affirmed on remittitur; otherwise reversed and remanded.   Opinion filed November 30, 1917.

### Statement of the Case.

Action by Mary Giroux, plaintiff, against Ben Goldman, defendant, to recover damages for malicious prosecution. From a verdict and judgment for plaintiff for $300, defendant appeals.

KELLEY & GRIFFIN, for appellant; EDWARD J. KELLEY, of counsel.

DANIEL L. MADDEN and R. C. MERRICK, for appellee.

MR. JUSTICE O'CONNOR delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

1. MALICIOUS PROSECUTION, § 76*—*when malice not shown.* In an action for malicious prosecution, evidence *held* insufficient to show malice on the part of defendant.

2. MALICIOUS PROSECUTION, § 20*—*when good faith is sufficient defense.* Good faith in swearing out the warrant for plaintiff's arrest is a sufficient defense to an action for malicious prosecution.

3. MALICIOUS PROSECUTION, § 74*—*when evidence is insufficient to show caution in swearing out warrant.* In an action to recover for malicious prosecution, evidence *held* to show that, in swearing out a warrant for plaintiff's arrest, defendant did not act as a reasonably cautious person would have acted in the circumstances.

4. MALICIOUS PROSECUTION, § 98*—*when verdict is excessive.* In an action to recover for malicious prosecution, a verdict for plaintiff for $300 *held* excessive and remittitur of $150 required as condition of affirmance.